IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROSIE LEE MURPHY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Case No. 2:25-cv-361-RAH |
| | ) |
| J. SUTHERLIN, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# **ORDER**

On November 20, 2025, the Magistrate Judge recommended that the Amended Complaint (doc. 28) be dismissed because it is vague, conclusory, and constitutes a shotgun pleading, despite Plaintiff's repeated failure to cure these deficiencies.[1] Because no objections have been filed in opposition of the Magistrate Judge's Recommendation, this Court reviews the Recommendation for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006) (per curiam) (citations omitted) ("Most circuits agree that '[i]n the absence of a timely filed objection, a district court need not conduct a *de novo* review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'").

Upon an independent review of the file and upon consideration of the Recommendation of the Magistrate Judge, this Court concludes that the Magistrate Judge's Recommendation is well reasoned, correct and free of clear error and should be adopted in

---

[1] This Court notes that Plaintiff Rosie Lee Murphy was declared a vexatious litigant on December 1, 2025. *See Rosie Lee Murphy v. Ala. Mental Health Auth.*, No. 2:25-cv-771-MHT (M.D. Ala. 2025). She also has had her numerous previously filed lawsuits dismissed as frivolous, failing to state a claim, and/or failing to follow orders of the Court. *See Murphy v. Pepboys*, No. 2:25-cv-418-ECM-SMD; *Murphy v. Ala. Mental Health Auth.,* No. 2:25-cv-396-MHT-KFP; *Murphy v. Ala. Mental Health Auth.*, No. 2:25-cv-395-MHT-KFP; *Murphy v. Gordon*, No. 2:24-cv-00456-RDP; *Murphy v. U.S. District Clerk, et al.*, No. 2:25-cv-358-RAH; *Murphy v. T. Vann*, No. 2:25-cv-711-RAH.

its entirety. Specifically, Plaintiff's Amended Complaint is wholly deficient when considering federal pleading standards, and any attempt at amending the complaint would be futile.

Accordingly, it is **ORDERED** as follows:

1. The Recommendation (doc. 34) is **ADOPTED**;

2. The case is **DISMISSED**; and,

3. The Clerk of Court is **DIRECTED** to close the case.

**DONE** on this the 8th day of December 2025.

/s/ R. Austin Huffaker, Jr.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE